United States Bankruptcy Court
District of Maryland

In re:                                                                    Case No. 15-25698-TJC
Bastysion El                                                              Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-0            User: cadams              Page 1 of 1              Date Rcvd: Jan 06, 2016
                                Form ID: odsctr           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2016.
db              +Bastysion El,   PO Box 6321,   Largo, MD 20792-6321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2016 at the address(es) listed below:
        Nancy  Spencer Grigsby    grigsbyecf@ch13md.com
                                                                                                                        TOTAL: 1

Entered: January 6, 2016
Signed:  January 6, 2016

**SO ORDERED**



_____
**THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   15–25698 – TJC     Chapter:   13**

Bastysion El
PO Box 6321
Largo, MD 20792

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:   Nancy Spencer Grigsby
      4201 Mitchellville Road
      Suite 401
      Bowie, MD 20716

**odsctr** – *cadams*

**End of Order**